# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff )<br>  )<br>vs. )<br>  )<br>Luis Carlos Garcia-Armenta )<br>  Defendant(s) ) | CRIMINAL NO. 08mJ8138<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Jose Octavio Hernandez-Lona

DATED: 2/28/08

RECEIVED _____
        DUSM

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE.

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk